### KRUMWEIDE ET AL. V. SCHROEDER ET AL.

1. **Justice of the peace:** JURISDICTION: LANDLORD AND TENANT. A justice of the peace has no jurisdiction to render a judgment of removal against a lessor to put his lessee in possession.

### TUESDAY, JUNE 7.

#### Appeal from Bremer District Court.

ACTION for an injunction to restrain the execution of a warrant of removal from premises alleged by plaintiffs to constitute their homestead. The injunction was granted, and afterwards a motion was made to dissolve the same, which motion was overruled. From the order overruling the motion the defendants appeal.

*M. E. Billings & Co.* for appellants.

*A. F. Brown,* for appellee.

ADAMS, CH. J.—The warrant or order of removal was granted by the defendant Stephenson as justice of the peace.

In the action in which the judgment was obtained upon which the order was issued, Schroeder claimed that the plaintiff, Fred Krumweide, leased the premises to him and afterwards refused to give possession, at least so far as the dwelling house on the premises is concerned. Mrs. Krumweide, wife of Fred Krumweide, who is joined as plaintiff herein, was not a party to the lease or to the action in which the judgment of removal was obtained. We do not, however, deem this fact material, for it appears to us that the justice had no jurisdiction to render a judgment of removal even against her husband. It may have been supposed that the action was one for forcible entry or detention of real property, but it was not such action. The statute makes no provision

whereby a lessee can maintain such action against the lessor. We think that the judgment of removal was void and the execution of the order issued thereon properly restrained.

AFFIRMED.